MARC A. LEVINSON (State Bar No. 57613)
KATHERINE DEWEY (State Bar No. 244073)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Appellant,
RONALD ALLISON FAMILY TRUST.

District Court Number
Cr. 1:06-CV-00540-AWI

Bankruptcy Court Case
No. 05-62657-B-11

Adversary Proceeding No.
N/A

Bankruptcy Appellate
Panel Number
No. EC-06-01142

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RONALD ALLISON FAMILY TRUST, <br><br> Appellant, <br><br> v. <br><br> SCRIPPS INVESTMENTS & LOANS, INC., <br><br> Appellee. | **No. 06-CV-00540-AWI** <br><br> **STIPULATION AND ORDER TO EXTEND TIME** <br><br> [NO HEARING REQUIRED] |

Pursuant to Local Rule 83-143, Appellant RONALD ALLISON FAMILY TRUST and Appellee SCRIPPS INVESTMENTS & LOANS, INC, submit this stipulation extending time for the Court's approval.

## STIPULATION

IT IS STIPULATED by Appellant Ronald Allison Family Trust and Appellee Scripps Investments & Loans, Inc. that the new deadline to file Appellant's opening brief and excerpts of record is May 11, 2007, and that the remainder of the briefing schedule to be similarly extended. This stipulation thus seeks to extend the deadlines for all filings outlined in the March 27, 2007, Scheduling Order of this Court thirty (30) days pursuant to Local Rule 6-144. The above-named parties are presently discussing settlement, and hope that the matter may be resolved, eliminating the need to further prosecute this appeal. The appeal in a related matter was recently the subject of a voluntary dismissal filed in this Court. *See* District Court Case No. 1:06-00494-AWI.

**ORDER EXTENDING TIME**

Having considered the foregoing Stipulation To Extend Time under the briefing

schedule thirty (30) days, and good cause appearing therefore,


IT IS SO ORDERED.


**Dated:     April 9, 2007              /s/ Anthony W. Ishii**

0m8i78                                    UNITED STATES DISTRICT JUDGE