UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALLISON FAMILY TRUST, ) <br> ) <br>         Appellant, ) <br> ) <br>    v. ) <br> ) <br> SCRIPPS INVESTMENTS & LOANS, ) <br> INC., ) <br> ) <br>         Appellee. ) <br> _____) | CIV-F-06-0540 AWI <br><br> ORDER DISMISSING APPEAL PURSUANT TO THE PARTIES' STIPULATION |

    The parties have filed a stipulation to dismiss this appeal. Doc. 9.  The case is therefore DISMISSED and each side will bear its own attorney fees and costs of appeal.

IT IS SO ORDERED.

**Dated:**   **May 17, 2007**                          **/s/ Anthony W. Ishii**
                                                              UNITED STATES DISTRICT JUDGE